THE PEOPLE OF THE STATE OF NEW YORK ex rel. HYMAN DUNN, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BERGMAN Appellant, against VERNON A. MORHOUS, Warden of Great Meadow Prison, Respondent.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

NELSON PIERCE, Appellant, v. RAILWAY MAIL ASSOCIATION, Respondent.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

DELAWARE PAVING CO., INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24363.) Crapser, Schenck and Foster, JJ., concur; Hill, P. J., dissents, and votes to increase by the sum of $4,569.19 the amount of item I, and also a proportionate amount of item IV; Heffernan, J., dissents and votes to allow the claim as presented.

CHARLES H. STODDARD, as Executor of JULIA A. ACKER, Deceased, Appellant, v. LEROY R. STODDARD et al., Defendants, and ALICE NIELSEN, Respondent.— Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.